**FROM: The District Court of the 4th Judicial District. County of Mineral.**

STATE OF MONTANA,

Plaintiff,                                                    NO. 97-31

vs.                                                            DECISION

Martin A. Schadler,

Defendant.

On October 22, 1998, the defendant was sentenced to five (5) years in the Montana State Prison on Count I, and to five (5) years in the Montana State Prison on Count II, to run consecutively to the sentence imposed in Count I. The defendant was given credit for 338 days served in custody as of the date of this judgment.

On February 12, 1999, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Kirk Krutilla. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 12th day of February, 1999.

DATED this 9th day of March, 1999.

**Chairman, Hon. Richard G. Phillips, Member, Hon. Jeffrey H. Langton and Member, Hon. Marge Johnson**